ROCKAWAY POINT COMPANY, INCORPORATED, Respond-
ent, *v.* NILS FRIBERG, Appellant.

*Landlord and tenant — summary proceedings — order modifying order*
*of dispossession affirmed — appeal from order modifying order refusing*
*to vacate order of dispossession dismissed.*

*Rockaway Point Co., Inc.,* v. *Friberg,* 198 App. Div. 923, affirmed.
(Argued January 9, 1922; decided January 24, 1922.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered June 30, 1921, which modified and affirmed as
modified an order of the Queens County Court awarding
to the landlord and petitioner the delivery of the possession
of the property therein mentioned and described and
decreeing that the said tenant and each and every person
in possession of said premises be removed therefrom, and
commanding the sheriff of the county of Queens to forth-
with remove each and every person in possession of said
premises; also appeal from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered June 30, 1921, which modified and
affirmed as modified an order of the Queens County
Court, denying a motion to vacate said order of
dispossession.

*Awid Wechsler* for appellant.

*Meier Steinbrink* and *Frank E. Johnson* for respondent.

Order of Appellate Division on first appeal affirmed,
with costs. Second appeal dismissed, without costs; no
opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.